## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RONALD SMULLIN and
CHRISTOPHER HOLBROOK                                                          PLAINTIFFS

v.                                       3:11-cv-00241-JMM-JJV

FLOYD NORMAN, Individually, Jailer,
Craighead County Detention Center; *et al.*                                    DEFENDANTS

### ORDER

Before the Court is Plaintiff Ronald Smullin's Motion to Dismiss (Doc. No. 15.) Mr. Smullin states he "was kinda coaxed into doing this [lawsuit] and [he] didn't realize all the things that were in involved in doing so." Accordingly, Mr. Smullin's Motion is GRANTED and he is DISMISSED as a party to this action.

IT IS SO ORDERED this 5 th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE