**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHRISTOPHER HOLBROOK, ADC #658484                                                PLAINTIFF

v.                                       3:11-cv-00241-JMM-JJV

FLOYD NORMAN, Individually, Jailer,
Craighead County Detention Center; *et al.*                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff Christopher Holbrook's Motion to Dismiss (Doc. No. 21.) Mr. Holbrook states he "was kinda coaxed into doing this [lawsuit] and [he] didn't realize all the things that were in involved in doing so." Accordingly, Mr. Holbrook's Motion is GRANTED and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE