**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONALD SMULLIN and
CHRISTOPHER HOLBROOK                                                                             PLAINTIFFS

v.                                              3:11-cv-00241-JMM-JJV

FLOYD NORMAN, Individually, Jailer,
Craighead County Detention Center; *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE